AUSA Anthony Chmura (312) 469-6049

**FILED**
**4/22/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO R. BERROTERAN | Case No.: 1:25-cr-00216-1<br><br>Magistrate Judge Beth W. Jantz |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, CAMERON C. GORDON, personally appearing before United States Magistrate Judge Beth W. Jantz and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that MARCO R. BERROTERAN has been charged by Indictment in the Northern District of Ohio with the following criminal offenses: Conspiracy to Commit Hobbs Act Robbery, in Violation of Title 18, United States Code, Section 1951(a), Hobbs Act Robbery, in violation of Title 18 United States Code, Section 1951(a) and 2, Brandishing a Firearm During and in Relation to a Crime of Violence, in Violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), and Discharging a Firearm During and in Relation to a Crime of Violence, in Violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and 2.

A copy of the Indictment is attached. A copy of the arrest warrant also is also attached.

s/ Cameron C. Gordon (with permission BWJ)
CAMERON C. GORDON
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 22nd day of April, 2025.

*[signature: Beth W Jantz]*
BETH W. JANTZ
United States Magistrate Judge

FILED
APR 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:25 CR 00175 |
| | ) | Title 18, United States Code, |
| MARCO R. BERROTERAN, | ) | Sections 1951(a), 924(c)(1)(A)(ii), |
| GENEVA GRINDLEY, | ) | 924(c)(1)(A)(iii), and 2 |
| | ) | |
| Defendants. | ) | JUDGE LIOI |
| | ) | |

COUNT 1
(Conspiracy to Commit Hobbs Act Robbery, 18 U.S.C. § 1951(a))

The Grand Jury charges:

1. At all times material to this Indictment, Victim 1, a person known to the grand jury, was a person located in the Northern District of Ohio, Eastern Division, and was engaged in the business of selling marijuana, an article and commodity which moved in and affected commerce.

2. On or about March 22, 2024, in the Northern District of Ohio, Eastern Division, Defendants MARCO R. BERROTERAN, GENEVA GRINDLEY, and others known and unknown to the grand jury knowingly, intentionally, and unlawfully agreed and conspired to in any way and degree unlawfully obstruct, delay, and affect commerce and the movement of an article and commodity by robbery and extortion, as those terms are defined in Title 18, United States Code, Sections 1951(b)(1) and (2), of Victim 1, in that BERROTERAN, GRINDLEY, and others known and unknown to the grand jury did unlawfully take and obtain property, including marijuana that was for sale, in the custody, possession, and presence of Victim 1, against Victim

1's will, by means of actual and threatened force, violence, and fear of immediate injury to Victim 1, that is by brandishing a firearm, pointing a firearm, discharging a firearm, and making threats, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2
(Hobbs Act Robbery, 18 U.S.C. §§ 1951(a) and 2)

The Grand Jury further charges:

3. The factual allegations of paragraph 1 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

4. On or about March 22, 2024, in the Northern District of Ohio, Eastern Division, Defendants MARCO R. BERROTERAN, GENEVA GRINDLEY, an others known and unknown to the grand jury did unlawfully obstruct, delay, and affect commerce, and the movement of an article and commodity by robbery and extortion, as those terms are defined in Title 18, United States Code, Sections 1951(b)(1) and (2), to Victim 1, in that BERROTERAN, GRINDLEY, and others known and unknown to the grand jury did unlawfully take and obtain property, including marijuana that was for sale, in the custody, possession, and presence of Victim 1, against Victim 1's will, by means of actual and threatened force, violence, and fear of immediate injury to Victim 1, that is by brandishing a firearm, pointing a firearm, discharging a firearm, and making threats, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 3
(Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

5. On or about March 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant MARCO R. BERROTERAN did knowingly possess and brandish a firearm, to wit: a pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of

the United States, to wit: Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of the Indictment herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>COUNT 4</u>
(Discharging a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. §§ 924(c)(1)(A)(iii) and 2)

The Grand Jury further charges:

6. On or about March 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant MARCO R. BERROTERAN did knowingly possess and discharge, and aid and abet another to possess and discharge, a firearm, to wit: a pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of the Indictment herein, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) Case No. 5:25 CR 00175 |
| Marco R. Berroteran | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Marco R. Berroteran,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 1951(a), Conspiracy to Commit Hobbs Act Robbery;
Count 2: 18 U.S.C. §§ 1951(a) and 2, Hobbs Act Robbery;
Count 3: 18 U.S.C. § 924(c)(1)(A)(ii), Brandishing a Firearm During and in Relation to a Crime of Violence;
Count 4: 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2, Discharging a Firearm During and in Relation to a Crime of Violence

Date: 4/16/25

_____
Issuing officer's signature

City and state: Cleveland, Ohio

_____
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Marco R. Berroteran

Known aliases:

Last known residence: 7120 S Rockwell Street, 2nd Floor, Chicago, IL 60629

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 11/13/2003

Social Security number: 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

Height:                                    Weight:
Sex: Male                                  Race:
Hair:                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: SA Austin Johnston, FBI, 4518 N Fulton Dr NW, Canton, OH 44718, Email: AJOHNSTON2@FBI.GOV, Phone: (216) 870-4299

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: